128

the case of Thornhill v. State, 310 U.S. 88, 60 S.Ct. 736, 84 L.Ed. 1093, but being without authority to declare same unconstitutional, we hereby certify the question to you:

"Is or not Section 54 of Title 14 of the Code of 1940 invalid because in violation of any provision of the Constitution of Alabama or of the Constitution of the United States?

"For your convenience the record submitted here in the appeal in question is handed to you with this. (Code 1940, Tit. 13, Sec. 87 (?)."

On Feb. 24, 1943, the Supreme Court answered our said certification—a copy of which answer the reporter will set out in the report of this case.

 It will be observed the Supreme Court concluded its said answer with the, to us, conclusive (Code 1940, Tit. 13, Sec. 98) sentence: "We are of opinion and declare that the statute in question is not a violation of the provisions of the state or federal constitutions."

There being no error in the conduct of the trial of the case in the court below, it results the judgment must be affirmed. Code 1940, Tit. 13, Sec. 95.

It is so ordered.

Affirmed.

16 So.2d 204

### E. D. (alias F. E.) DOUTHITT v. STATE.

8 Div. 253.

Court of Appeals of Alabama.
March 16, 1943.

Rehearing Denied April 6, 1943.

Jos. A. Padway, of Washington, D. C., and Merwin T. Koonce and A. A. Williams, both of Florence, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and L. S. Moore, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed on authority of Lash v. State, post, p. 121, 14 So.2d 235.

16 So.2d 206

### Roy RALEY v. STATE.

8 Div. 256.

Court of Appeals of Alabama.
March 16, 1943.

Rehearing Denied April 6, 1943.

Jos. A. Padway, of Washington, D. C., and Merwin T. Koonce and A. A. Williams, both of Florence, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and L. S. Moore, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed on authority of Lash v. State, ante, p. 121, 14 So.2d 235.

16 So.2d 205

### Dillard McLEMORE v. STATE.

8 Div. 255.

Court of Appeals of Alabama.
March 16, 1943.

Rehearing Denied April 6, 1943.

Jos. A. Padway, of Washington, D. C., and Merwin T. Koonce and A. A. Williams, both of Florence, for appellant.

Wm N. McQueen., Acting Atty. Gen., and L. S. Moore, Asst. Atty. Gen., for the State.

RICE, Judge.

This is a companion case to that of Lash v. State, ante, p. 121, 14 So.2d 235, this day decided. The questions involved in the two appeals are identical.

Upon the authority of our decision in the said case of Lash v. State, supra, the judgment here appealed from is affirmed.

Affirmed.

16 So.2d 202

**Dock STUTTS v. STATE.**

**8 Div. 250.**

Court of Appeals of Alabama.
March 16, 1943.

Rehearing Denied April 6, 1943.

Jos. A. Padway, of Washintgon, D. C., and Merwin T. Koonce and A. A. Williams, both of Florence, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and L. S. Moore, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed on authority of Lash v. State, ante, p. 121, 14 So.2d 235.

16 So.2d 200

**Claude CROSSWHITE v. STATE.**

**8 Div. 246.**

Court of Appeals of Alabama.
March 16, 1943.

Rehearing Denied April 6, 1943.

Jos. A. Padway, of Washington, D. C., and Merwin T. Koonce and A. A. Williams, both of Florence, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and L. S. Moore, Asst. Atty. Gen., for the State.

RICE, Judge.

This is a companion case to that of Lash v. State, ante, p. 121, 14 So.2d 235, this day decided. The questions involved in the two appeals are identical.

Upon the authority of our decision in the said case of Lash v. State, supra, the judgment here appealed from is affirmed.

16 So.2d 201

**Joe RUSSELL v. STATE.**

**8 Div. 247.**

Court of Appeals of Alabama.
March 16, 1943.

Rehearing Denied April 6, 1943.

Jos. A. Padway, of Washington, D. C., and Merwin T. Koonce and A. A. Williams, both of Florence, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and L. S. Moore, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed on authority of Lash v. State, ante, p. 121, 14 So.2d 235.